IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY A. CHATMAN,

    Plaintiff,                    No. CIV S-04-2654 FCD DAD P

    vs.

NANCY DILLION, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner confined in the Solano County Jail and proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 11, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 11, 2005, are adopted in full;

2. Plaintiff's complaint is dismissed on the grounds that plaintiff's claims are legally frivolous and fail to state a claim upon which relief may be granted; and

3. This action is dismissed.

DATED: August 19, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge